USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8-16-13

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------X
Le Metier                          :
    -v-                            :          13 CIV 4650 (JFK)
Metier Tribeca                     :
-----------------------------------X

Please be advised that the conference scheduled for  September 20

has been rescheduled to September 18, 2013 at 11:15 am

in Courtroom 20-C.

SO ORDERED.

Dated: New York, New York

8-16-13

_____
JOHN F. KEENAN
United States District Judge