# The Roth Law Firm, PLLC

295 Madison Avenue, 22nd Floor
New York, NY 10017
Tel.: (212) 542 8882   Fax: (212) 542 8883
www.rrothlaw.com

November 6, 2013

**By ECF and Overnight Mail**
Hon. John F. Keenan
United States District Judge, SDNY
500 Pearl Street, Courtroom 20C
New York, New York 10007

**MEMO ENDORSED**

Re:   Le Metier Beauty Investment Partners LLC v.
      Metier Tribeca LLC et. al., Civil No. 13 CV 4650

Dear Judge Keenan:

      This firm represents the Defendants in the above-captioned matter. Pursuant to the briefing schedule set at the initial conference with the respect to Defendant's motion to dismiss the Complaint, Defendant's reply papers were to be served on or about November 8, 2013 (on which date the motion would also be fully submitted and thus filed with the Court pursuant to Your Honor's Individual Rules). This letter is to respectfully request a one week adjournment of Defendant's time to submit a reply to Plaintiff's opposition papers. Counsel for Plaintiff consents to the adjournment. No prior adjournment as has been sought by Defendants with respect to this matter.

      We appreciate the Court's attention to this matter.

Respectfully submitted,

Richard A. Roth

The application is granted. Defendants have until November 15, 2013 to submit a reply.
SO ORDERED.
Dated:   New York, N.Y.
         November 7, 2013

*John F. Keenan*
U.S.D.J.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 11-7-13