UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
LE METIER BEAUTY INVESTMENT PARTNERS
LLC, AND UNATTAINABLE BEAUTY, LLC

                Plaintiffs,

   -against-                                      Case No.: 13-cv-4650

METIER TRIBECA, LLC, AND RICHARD BLANCH,

                                                    **NOTICE OF MOTION**
                Defendants.
-----------------------------------------------------------------X

PLEASE TAKE NOTICE that upon the annexed Affidavit of Richard Blanch, sworn to September 17, 2013, and the exhibits annexed thereto, the accompanying Memorandum of Law in support of this motion, dated September 17, 2013, and the pleadings herein, Defendants will move this Court, before Judge John F. Keenan, United States District Judge, for an order pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure granting Defendants' motion to dismiss the Complaint.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: New York, New York
         September 17, 2013

                                               THE ROTH LAW FIRM, PLLC

                                               By: _____
                                                  Richard A. Roth
                                                  Jordan M. Kam
                                                  295 Madison Avenue, 22nd Floor
                                                  New York, New York 10017
                                                  Tel: (212) 542-8882
                                                  *Attorneys for Defendants*

To:   Entwistle & Cappucci LLP
       Evan T. Raciti
       280 Park Avenue, 26th Floor
       New York, New York 10017
       *Attorneys for Plaintiffs*