Keenan, J

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

LE METIER BEAUTY INVESTMENT PARTNERS
LLC, AND UNATTAINABLE BEAUTY, LLC

                    Plaintiffs,

      v.

METIER TRIBECA, LLC, AND RICHARD BLANCH,

                    Defendants.

Case No.: 13-cv-4650 (JFK)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 8-15-16

---

LE METIER BEAUTY INVESTMENT PARTNERS
LLC, AND UNATTAINABLE BEAUTY, LLC

                    Counter-Counterclaimants,

      v.

DIMACO, LLC, RICHARD BLANCH, JERRY
MASTELLON, CHARLES SHEFFIELD, and STEPHEN
FORTE,

                    Counter-Counter-Defendants.

---

### STIPULATION AND ORDER OF DISMISSAL WITHOUT PREJUDICE

Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, IT IS HEREBY STIPULATED AND AGREED by and between Plaintiffs/Counter-Counterclaimants Le Metier Beauty Investment Partners, LLC and Unattainable Beauty, LLC ("Plaintiffs") and Counter-Counter-Defendant Jerry Mastellon ("Mastellon") through their undersigned counsel, as follows:

WHEREAS, there has been a settlement and dismissal of claims asserted against defendant Blanch, which had been the basis for federal jurisdiction;

WHEREAS, Mastellon has asserted throughout this case that notwithstanding the federal claims against defendant Blanch, the Court lacked subject matter jurisdiction over the claims against Mastellon;

WHEREAS, Plaintiffs and Mastellon have discussed the fact that the remaining claims against Mastellon arise under state law, calling into question whether this is the appropriate court for litigation of the remaining claims;

WHEREAS, Plaintiffs and Mastellon have agreed to dismiss this action without prejudice;

WHEREFORE, Plaintiffs and Mastellon accordingly agree that the Court may enter an order in the following form:

1. That the action, and all remaining claims and counterclaims, be, and it hereby is, dismissed without prejudice.

2. That each party shall bear its own costs and attorneys' fees incurred herein;

IT IS SO STIPULATED.

Dated: August 10, 2016

THE LEICHTER FIRM

By:_____
Kevin J. Leichter
10203 Santa Monica Boulevard
Los Angeles, California  90067
(310) 229-0000

ATTORNEYS FOR COUNTER-
COUNTERCLAIMANTS

SALON MARROW DYCKMAN
 NEWMAN & BROUDY LLP

By:_____
Salvatore G. Gangemi (SG 6769)
292 Madison Avenue
New York, New York 10017
(212) 661-7100

ATTORNEYS FOR COUNTER-COUNTER
DEFENDANTS

SO ORDERED:

_____   8-15-16
Hon. John F. Keenan, U.S.D.J.

2